# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL O. DEVAUGHN, | NO. EDCV 10-00892-TJH (GJS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DARREN J. MANNION, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Order of September 2, 2010 [Docket No. 4] is VACATED IN PART, namely, the permission granted Plaintiff therein to file the Complaint without prepayment of the full filing fee is revoked; and (2) if Plaintiff wishes this action to proceed, he must pay the filing fee of $400 in full within 30 days of this Order..

DATED: October 20, 2015 .

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE