UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:10-cv-892-TJH (GJS) | Date | December 4, 2015 |
|---|---|---|---|
| Title | Michael O. DeVaughn v. Darren J. Mannion et al. | | |

| Present: | Hon. Terry J. Hatter, Jr., United States District Judge | |
|---|---|---|
| | Y. Skipper | N/A |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| | None present | None present |

**Proceedings:**     (IN CHAMBERS) Order

On October 20, 2015, the Court accepted the United Magistrate Judge's Report & Recommendation that DeVaughn's permission to proceed without prepayment of fees be revoked as a sanction for a violation of Federal Rule of Civil Procedure 11. [Dkt. 65 ("Order Revoking IFP Status").] The Court ordered DeVaughn to "pay the filing fee of $400 in full within 30 days of th[e] Order." [*Id.*] DeVaughn has not paid his filing fee, and in fact, noticed an appeal to the United States Court of Appeals for the Ninth Circuit from the Order Revoking IFP Status.

Accordingly, the case is DISMISSED WITHOUT PREJUDICE. [JS-6]

**IT IS SO ORDERED.**